FILED
CLERK, U.S. DISTRICT COURT

JUN - 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RODERICK FONSECA,

           Petitioner,

      vs.

LARRY SMALLS,

          Respondent.

)
)
)
)
)
)
)
)
)
)

Case No. CV 10-9487 GAF (MRW)

JUDGMENT

Pursuant to the Order Adopting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: June 1, 2011

_____
HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE